## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

COMPANION PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiff,

vs.                                  Docket No. 2:14-cv-2054-JTF-dkv

VALERO REFINING CO. - TENNESSEE, LLC,
VALERO ENERGY CORPORATION,
PREMCOR REFINING GROUP, INC.,
JAKE McGEHEE, and
ROY BLACKWELL ENTERPRISES, INC.,

      Defendants.

### NOTICE BY PLAINTIFF OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff - Companion Property & Casualty Insurance Company, before service of an Answer or Motion for Summary Judgment by any Defendant, now gives Notice of its desire to dismiss this action in its entirety with prejudice.

Accordingly, this Notice when filed shall serve to dismiss the action with prejudice without the necessity of a separate Order of the Court.

Respectfully submitted,

BY: _____/s/ /Brian J. Rife_____
          Brian J. Rife, Esq.
          MIDKIFF, MUNCIE & ROSS, PC
          110 Piedmont Avenue, Suite 202
          Bristol, Virginia  24201
          (276) 644-9600
          brife@midkifflaw.com

{00241041.DOCX }

Kevin T. Streit, Esq.
MIDKIFF, MUNCIE & ROSS, PC
300 Arboretum Place, Suite 420
Richmond, Virginia  23236
(804) 560-9600
kstreit@midkifflaw.com

**Attorneys for Plaintiff, Companion Property
& Casualty Insurance Company**

## <u>CERTIFICATE OF SERVICE</u>

This certifies that a true and correct copy of the above and foregoing document has been forwarded, by electronic means through the Court's ECF System, this the 3rd day of June, 2014 to:

> Michael G. Derrick, Esq.
> SHUTTLEWORTH WILLIAMS, PLLC
> 22 North Front Street, Suite 850
> Memphis, TN 38103
> mderrick@shuttleworthwilliams.com
> **Attorneys for Valero Refining Co. – Tennessee, LLC**

I further certify that on this same date, a true copy of the foregoing was sent via first-class mail, postage pre-paid, to the following:

> J. Barney Witherington IV, Esq.
> Attorney at Law
> P.O. Box 922
> Covington, TN  38019
> **Attorney for Roy Blackwell Enterprises, Inc.**

> _____/s/ /Brian J. Rife_____
> Brian J. Rife, Esq.
> MIDKIFF, MUNCIE & ROSS, PC
> 110 Piedmont Avenue, Suite 202
> Bristol, Virginia  24201
> (276) 644-9600
> brife@midkifflaw.com
> **Attorney for Plaintiff, Companion Property &**
> **Casualty Insurance Company**