IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COMPANION PROPERTY & <br> CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> VALERO REFINING CO. – TENNESSEE, LLC, <br> VALERO ENERGY CORPORATION, <br> PREMCOR REFINING GROUP, INC., <br> JAKE McGHEE, and ROY BLACKWELL <br> ENTERPRISES, INC., <br><br> Defendants. | Case No. 2:14-cv-02054-JTF-dkv |

## ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Not. of Dismiss, Jun. 3, 2014, ECF No. 15) filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice.  It is therefore, ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of June, 2014.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge